GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

```
┌─────────────────────────────────┐
│ __/ FILED      ___ LODGED       │
│ ___ RECEIVED   ___ COPY         │
│                                 │
│        APR 1 2 2022             │
│  CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA         │
│ BY_____ DEPUTY       │
└─────────────────────────────────┘
```

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-22-00320-PHX-SMB (MHB) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Laurie Michelle Clark, | VIO:   18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1-7 |
| Defendant. | |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNTS 1-7**

On or about the dates listed below, in the District of Arizona, Defendant LAURIE MICHELLE CLARK knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant LAURIE MICHELLE CLARK did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

Record, in each of the counts below, stating that Defendant LAURIE MICHELLE CLARK resided at an address in Kingman, Arizona, whereas in truth and fact, Defendant LAURIE MICHELLE CLARK knew that she resided at a different address:

| Count | Date | FFL |
|-------|------|-----|
| 1 | November 27, 2021 | Cal Ranch (Yuma) |
| 2 | December 2, 2021 | Cal Ranch (Kingman) |
| 3 | December 15, 2021 | Pawn World, Inc. (Kingman) |
| 4 | December 20, 2021 | Cal Ranch (Yuma) |
| 5 | January 3, 2022 | Sportsmen's Warehouse (Yuma) |
| 6 | January 3, 2022 | Cal Ranch (Yuma) during purchase of 2 firearms |
| 7 | January 3, 2022 | Cal Ranch (Yuma) during attempted purchase of 3 firearms |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-7 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-7 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

                                    A TRUE BILL

                                    s/_____
                                    FOREPERSON OF THE GRAND JURY
                                    Date:  April 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


s/_____
ADDISON SANTOME
Assistant U.S. Attorney